DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BUCKNOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1144

[July 26, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 05-006515-CF-10-C.

Michael Bucknor, Sneads, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***